IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |
|---|---|
| TOM CONLEY and CONLEY GROUP, INC.,<br><br>       Plaintiffs,<br><br>vs.<br><br>CITY OF WEST DES MOINES, IOWA, CHERRY RENEE HARDMAN, in her individual and official capacities, MATTHEW MCKINNEY, in his individual and official capacities, KEVIN TREVILLYAN, in his individual and official capacities, GREG HUDSON, in his individual and official capacities, and RUSS TRIMBLE, in his individual and official capacities,<br><br>       Defendants. | No.: 4:23-cv-00053-SMR-HCA<br><br>**MOTION TO FILE UNDER SEAL** |

COMES NOW the Plaintiffs, through their attorney, Kenneth R. Munro, and moves for leave to remove the Complaint filed as Document 1 under this case and as grounds therefore state as follows:

  1. During the course of filing the Complaint in this case, the incorrect Complaint was attached which resulted in Document 1. Document 1 has the wrong filer and was not intended to be filed with the Court. Document 1 was filed as a clerical error.

  2. Plaintiffs have filed the correct Complaint as Document 2.

WHEREFORE, Plaintiffs respectfully request that the Court issue an Order granting the Clerk to seal Document 1 in this case.

MUNRO LAW OFFICE, P.C.

By: /s/Kenneth R. Munro
    Kenneth R. Munro  AT0005581
    4844 Urbandale Avenue, Suite B
    Des Moines, IA  50310
    Phone: (515) 279-0443
    Fax:  (515) 279-0445
    Email:  ken.munro@munrolawoffice.com

ATTORNEY FOR PLAINTIFFS